UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-CV-14527-ROSENBERG/LYNCH

PATRICIA A. KLEIN, *on behalf of herself*
*and all others similarly situated,*

      Plaintiff,

v.

MCKINNON & HAMILTON, PLLC,
*a Florida Limited Liability Company, and*
CHARLES W. MCKINNON*, individually,*

      Defendants.
_____/

**NOTICE OF CLASS-WIDE SETTLEMENT**
**AND INTENT TO JOINTLY MOVE FOR**
**PRELIMINARY APPROVAL OF THE SETTLEMENT**

      Plaintiff, Patricia A. Klein and Defendants, McKinnon & Hamilton, PLLC, and Charles W. McKinnon, hereby notify the Court that they have agreed upon terms of a class-wide settlement. The parties have reduced their settlement to a written settlement agreement and will attach it to the Joint Motion for Preliminary Approval of Class Settlement (pursuant to *Fed. R. Civ. P. 23(e)*), which they anticipate filing within 30 days.

      The parties suggest that all pending motions, future hearings and appearances be stayed pending the joint filing of the preliminary approval motion.

                                                              Respectfully submitted,

                                                            */s/ Leo W. Desmond*
                                                            Leo W. Desmond, Esq.
                                                           Florida Bar No. 0041920
                                                           DESMOND LAW FIRM PC

        5070 Highway A1A  
        Suite D  
        Vero Beach, FL 32963  
        Tel: 772-231-9600  
        Fax: 772-231-0300  
        lwd@verobeachlegal.com  
        *Attorney for Plaintiff*


        */s/Lewis W. Murphy*  
        Lewis Wilson Murphy, Esq.  
        Florida Bar No. 0909467  
        MURPHY & WALKER, P.L.  
        2001 U.S. Highway 1  
        Vero Beach, FL 32960  
        Telephone: (772) 231.1900  
        Facsimile: (772) 231.4387  
        wmurphy@murphywalker.com  
        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21ST day of September 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this to the counsel referenced below via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### SERVICE LIST

Lewis Wilson Murphy, Esq.
Florida Bar No. 0909467
MURPHY & WALKER, P.L.
2001 U.S. Highway 1
Vero Beach, FL 32960
Telephone: (772) 231.1900
Facsimile: (772) 231.4387
wmurphy@murphywalker.com
*Attorney for Defendants*

        Respectfully submitted,

        */s/ Leo W. Desmond*
        Leo W. Desmond, Esq.
        Florida Bar No. 0041920
        DESMOND LAW FIRM PC
        5070 Highway A1A
        Suite D
        Vero Beach, FL 32963
        Tel: 772-231-9600
        Fax: 772-231-0300
        lwd@verobeachlegal.com
        *Attorney for Plaintiff*