UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-CV-14527-ROSENBERG/LYNCH

PATRICIA A. KLEIN, *on behalf of herself
and all others similarly situated,*

      Plaintiff,

v.

MCKINNON & HAMILTON, PLLC,
*a Florida Limited Liability Company, and*
CHARLES W. MCKINNON*, individually,*

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants, McKinnon & Hamilton, PLLC, and Charles W. McKinnon, and the Plaintiff, Patricia A. Klein, by and through the undersigned counsel, pursuant to *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* hereby STIPULATE AND AGREE, that the above cause, having been amicably resolved, be dismissed with prejudice as to all claims, between all parties, with each party to bear their own costs and attorneys' fees in this matter.

Dated: May 22, 2018.                    Respectfully submitted,

                                              /s/ Leo W. Desmond
                                              Leo W. Desmond, Esq.
                                              Florida Bar No.: 0041920
                                              DESMOND LAW FIRM, P.C.
                                              5070 Highway A1A, Suite D
                                              Vero Beach, Florida 32963
                                              Telephone: (772) 231-9600
                                              Facsimile: (772) 231-0300
                                              lwd@verobeachlegal.com
                                              *Attorney for Plaintiff*

*/s/ Lewis W. Murphy*
Lewis Wilson Murphy, Esq.
Florida Bar No. 0909467
MURPHY & WALKER, P.L.
2001 U.S. Highway 1
Vero Beach, FL 32960
Telephone: (772) 231.1900
Facsimile: (772) 231.4387
wmurphy@murphywalker.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any who are not authorized to receive electronically Notices of Electronic Filing.

                                                Respectfully submitted,

                                                /s/ Leo W. Desmond
Leo W. Desmond, Esq.
Florida Bar No. 0041920
DESMOND LAW FIRM, P.C.
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: 772.231.9600
Facsimile: 772.231.0300
lwd@desmondlawfirm.com
*Attorney for Plaintiff*

**SERVICE LIST**
Lewis Wilson Murphy, Esq.
Florida Bar No. 0909467
MURPHY & WALKER, P.L.
2001 U.S. Highway 1
Vero Beach, FL 32960
Telephone: (772) 231.1900
Facsimile: (772) 231.4387
wmurphy@murphywalker.com
*Attorney for Defendants*